**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| ZOND INC., | ) |
| | ) |
| *Plaintiff*, | ) |
| | ) |
| v. | )     Civil Action No. 13-cv-11567-JLT |
| | ) |
| THE GILLETTE COMPANY and | ) |
| THE PROCTER & GAMBLE COMPANY, | ) |
| | ) |
| *Defendants*. | ) |
| | ) |

**ASSENTED-TO MOTION FOR EXTENSION OF DEADLINE FOR DEFENDANTS
THE GILLETTE COMPANY AND THE PROCTER AND GAMBLE COMPANY TO
ANSWER OR OTHERWISE RESPOND TO PLAINTIFF'S COMPLAINT**

Plaintiff Zond Inc. ("Plaintiff") files this Assented-to Motion for Extension of Deadline

for Defendants The Gillette Company and The Procter & Gamble Company (collectively,

"Gillette") to Move, Answer or Otherwise Respond to Plaintiff's Complaint (Dkt. No. 1).

1.      Gillette was served with a Summons and a copy of Plaintiff's Complaint on July

2, 2013. (Dkt. No. 5).  The deadline for Gillette to move, answer or otherwise respond to

Plaintiff's Complaint is presently July 23, 2013.

2.      Gillette, through its counsel, assents to this motion.

3.      This is the first request for an extension of any deadline to answer or otherwise

respond to Plaintiff's Complaint.

4.      As a result, Plaintiff requests that Gillette shall have until and including

September 6, 2013 to move, answer or otherwise respond to Plaintiff's Complaint.

Respectfully submitted,

ZOND, INC.

By its attorneys,

*/s/ David S. Godkin*
David S. Godkin (BBO #196530)
Andrew A. Caffrey III (BBO#660481)
BIRNBAUM & GODKIN, LLP
280 Summer Street
Boston, MA 02210
Telephone: (617) 307-6100
godkin@birnbaumgodkin.com
caffrey@birnbaumgodkin.com

Dated: July 23, 2013

## CERTIFICATE OF CONSULTATION

I hereby certify that I consulted with Mark G. Matuschak, Esq. who indicated that he represents Gillette and that Gillette consents to the requested extension.

*/s/ David S. Godkin*
David S. Godkin