UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| ZOND, LLC,<br><br>        Plaintiff,<br><br>v.<br><br>THE GILLETTE COMPANY, and<br>THE PROCTER & GAMBLE<br>COMPANY,<br><br>        Defendants. | CIVIL ACTION NO. 1:13-cv-11567-DJC |

**DECLARATION OF DR. ROMAN CHISTYAKOV IN SUPPORT OF ZOND, LLC'S OPPOSITION TO THE GILLETTE COMPANY AND THE PROCTER & GAMBLE COMPANY'S MOTION TO STAY PENDING *INTER PARTES* REVIEW**

# FILED UNDER SEAL

1