UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| ZOND, LLC | ) <br> ) <br> ) |
|     **Plaintiff,** | )    **Civil Action No.** 13-11567-DJC <br> ) |
| v. | ) <br> ) |
| THE GILLETTE COMPANY, ET AL | ) <br> ) |
|     **Defendants.** | ) |

**JUDGMENT**

**CASPER, J.**　　　　　　　　　　　　　　　　　　　　　　　　　　　　May 13, 2019

    Judgment for the defendants The Gillette Company and Procter & Gamble.


　　　　　　　　　　　　　　　　　　　　　　　　Robert M. Farrell, Clerk



　　　　　　　　　　　　　　　　　　　　　　　　/s/ Lisa M. Hourihan
　　　　　　　　　　　　　　　　　　　　　　　　Deputy Clerk